DNJ-Cr-021 (09/2017)

# UNITED STATES MAGISTRATE COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PATRICK SHEEHAN | Mag. No. 20-10165 (MAH)<br><br>**SENTENCING SUBMISSION NOTICE OF THE UNITED STATES** |

Please be advised that, on this date, the United States submitted sentencing materials to the Court in this case concerning the defendant, Patrick Sheehan.

Date: September 9, 2020

                              CRAIG CARPENITO
                              United States Attorney


                     By:    Cari Fais
                            Assistant U.S. Attorney